FILE COPY

No. 07-14-00360-CR

| | | |
|---|---|---|
| Shelly Blair | § | From the 364th District Court |
|   Appellant | |   of Lubbock County |
| | § | |
| v. | | April 1, 2015 |
| | § | |
| The State of Texas | | Opinion Per Curiam |
|   Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated April 1, 2015, it is ordered, adjudged and decreed that the appeal is abated and the cause is remanded to the 364th District Court of Lubbock County, Texas for further proceedings in accordance with this Court's opinion entered this day.

o O o